March 22, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MARK ADRIAN GONZALEZ, Appellant

NO. 14-11-00641-CR                    V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 13, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.